1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LIONELL ROSE, et al.,

11              Plaintiffs,                    No. CIV S-05-1131 GEB KJM P

12        vs.

13   JEANNE WOODFORD, Director, et al.,

14              Defendants.                    ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under

17   42 U.S.C. § 1983.  The violations alleged in plaintiff's complaint took place in Kings County,

18   which lies within the jurisdiction of the Fresno Division of this court.  Also, it appears that all of

19   the defendants, except defendant Woodford, reside in Kings County.  It does not appear that

20   plaintiff's complaint states a claim upon which relief can be granted against defendant

21   Woodford.  Finally, while plaintiff could be transferred, he is currently housed in Kings County.

22   For the foregoing reasons, the court will transfer this action, under 28 U.S.C. § 1404(a), to the

23   Fresno division of this court.

24              Good cause appearing, IT IS HEREBY ORDERED that:

25              1.  This action is transferred to the United States District Court for the Eastern

26   District of California sitting in Fresno; and

1

1          2.  All future filings shall reference the new Fresno case number assigned and

2  shall be filed at:

3                    United States District Court
                     Eastern District of California
4                    1130 "O" Street
                     Fresno, CA 93721

5

6  DATED:  November 18, 2005.

7

8                                        _____
                                         UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13  1/kf
    rose1131.22

14

15

16

17

18

19

20

21

22

23

24

25

26