# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL ROSE, | CASE NO. 1:05-CV-01470-OWW-SMS-P |
| Plaintiff, | ORDER DENYING MOTION TO APPOINT COUNSEL |
| v. | (Doc. 1) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Plaintiff Lionell Rose ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 8, 2005. Attached to plaintiff's complaint is a motion seeking the appointment of counsel.

The court cannot require an attorney to represent plaintiff. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases. "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success of the merits and the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved.'" Terrell, 935 F.2d at 1017 (citations omitted).

In the present case, the court does not find the required exceptional circumstances. Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This court is faced with

1

1  similar cases almost daily.  In light of the court's recommendation that this action be dismissed for

2  failure to state any claims upon which relief may be granted, issued concurrently with this order,

3  plaintiff is not likely to succeed on the merits.  Further, based on a review of the record in this case,

4  the court does not find that plaintiff cannot adequately articulate his claims.  <u>Terrell</u>, 935 F.2d at

5  1017.

6          For the foregoing reasons, plaintiff's motion for the appointment of counsel, filed June 8,

7  2005, is HEREBY DENIED.

8

9  IT IS SO ORDERED.

10 **Dated:  __March 30, 2006__**              _____**/s/ Sandra M. Snyder**_____
   icido3                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28