UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIONELL ROSE, | ) | 1:05-CV-01470 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #15) |
| | ) | |
| JEANNE WOODFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2006, plaintiff filed a motion to extend time to file objections to Findings and Recommendations filed on March 31, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   May 23, 2006**           /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE