UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LIONELL ROSE,                          1:05-cv-01470-OWW-SMS-P

            Plaintiff,          **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13)

vs.

JEANNE WOODFORD, et al.,               **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 1)

            Defendants.

_____/

    Plaintiff Lionell Rose ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 31, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  On July 6, 2006, after obtaining an extension of time, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

//

1

1        In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3  <u>novo</u> review of this case.  Having carefully reviewed the entire

4  file, the Court finds the Findings and Recommendations to be

5  supported by the record and by proper analysis.

6        Accordingly, IT IS HEREBY ORDERED that:

7        1.   The Findings and Recommendations, filed March 31, 2006,

8  is ADOPTED IN FULL; and,

9        2.   Plaintiff's motion for preliminary injunctive relief,

10  attached to his complaint filed on June 8, 2005, is DENIED.

11  IT IS SO ORDERED.

12  **Dated:    August 6, 2006**                     **/s/ Oliver W. Wanger**

13  emm0d6                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2