UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



RECEIVED
NOV 13 2006
By____

| | |
|---|---|
| LIONELL ROSE,<br><br>　　Plaintiff - Appellant,<br><br>　v.<br><br>JEANNE S WOODFORD, Director of CDC; et al.,<br><br>　　Defendants - Appellees. | No. 06-16901<br>D.C. No. CV-05-01470-OWW/SMS<br><br><br><br>**ORDER** |

FILED
NOV 14 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation: _PLAINTIFF, A NON LAWYER_ _CANNOT MAINTAIN A CLASS ACTION_ _FOR OTHER PRISONERS._

_____
Judge
United States District Court

Date: _11/14/06_